

2003 Decisions

6-13-2003

# Morganroth v. Norris McLaughlin

Precedential or Non-Precedential: Precedential

Docket No. 02-2087

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Morganroth v. Norris McLaughlin" (2003). *2003 Decisions.* Paper 417.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/417

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 02-2087
_____

MORGANROTH & MORGANROTH, a
Michigan partnership;
MAYER MORGANROTH,

Appellants

v.

NORRIS, MCLAUGHLIN & MARCUS, P.C.;
VICTOR S. ELGORT; DANIEL R. GUADALUPE;
CHARLES H. NEWMAN; DAVID C. ROBERTS;
JOHN DOE (S), I-X

_____

Appeal from the United States District Court
For the District of New Jersey
D.C. No.: 00-cv-4139
District Judge: Honorable Garrett E. Brown, Jr.

_____

Argued: April 10, 2003

Before: BARRY and ROSENN, <u>Circuit</u> <u>Judges</u>, and POLLAK,[*] <u>District</u> <u>Judge.</u>

(Opinion Filed May 30, 2003)
_____

ORDER  AMENDING CAPTION AND SLIP OPINION
_____


The caption and slip opinion in the above case is hereby amended as follows:

---

*Honorable Louis H. Pollak, Senior District Judge, United States District Court for the Eastern District of Pennsylvania, Sitting by Designation.

1.      Delete the names "Charles H. Newman" and "David C. Roberts" from the caption.


                                                BY THE COURT:



                                                /s/ Max Rosenn
                                                Circuit Judge



Dated: June 13, 2003